FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00644-CR

**EX PARTE** Miguel A. **ESPINOZA**,

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR8739
Honorable Stephanie R. Boyd, Judge Presiding

## O R D E R

On September 28, 2022, appellant filed a notice of appeal from an order denying a pretrial application for writ of habeas corpus. The clerk's record, which was filed on September 30, 2022, did not contain a certification of defendant's right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). In response to an inquiry from this court, the District Clerk of Bexar County stated there is no certification of defendant's right to appeal on file in this case.

With exceptions that do not apply here, the Texas Rules of Appellate Procedure provide that "[t]he trial court shall enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order[.]" *Id.*; *see also* TEX. GOV'T CODE ANN. § 311.016(2) ("'Shall' imposes a duty."). An order denying a pretrial application for writ of habeas corpus is an appealable order. *See Greenwell v. Court of Appeals for the Thirteenth Judicial Dist.*, 159 S.W.3d 645, 650 (Tex. Crim. App. 2005); *Ex parte Matthews*, 452 S.W.3d 8, 12 (Tex. App.—San Antonio 2014, no pet.). Accordingly, we **ORDER** the trial court to prepare and file a certification of appellant's right to appeal from the order denying appellant's pretrial application for writ of habeas corpus. We further **ORDER** the District Clerk of Bexar County to file a supplemental clerk's record containing the trial court's certification **by October 31, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court